**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALYSON AULET,<br><br>                      Plaintiffs,<br><br>      vs.<br><br>HOLDER TRANSPORT INC. and<br>KENROY WEBSTER,<br><br>                      Defendants. | Index No.<br><br>**PETITION OF REMOVAL** |

    Removing Defendants, **HOLDER TRANSPORT INC.** ("Holder Transport") and **KENROY WEBSTER** ("Webster") (collectively, hereinafter referred to as "Removing Defendants"), upon information and belief state as follows:

    1. On or about August 12, 2022, Plaintiff ALYSON AULET, commenced an action against the Removing Defendants in the Supreme Court of the State of New York, County of Bronx, bearing Index No. 811782/2022E. (See, **Exhibit "A"** attached).

    2. Upon information and belief, Defendant Kenroy Webster was not served.

    3. Defendant Holder Transport Inc. was not validly served. Its principle was placed on notice of the Complaint on or about August 19, 2022

    4. Plaintiff is a resident of the State of New York.

    5. Defendant Holder Transport Inc. is a corporation organized and existing under the laws of the Georgia with its principle place of business located in Georgia.

6. Defendant Webster is a resident of the State of Florida.

7. The amount in controversy is more than $75,000.00.

8. Accordingly, this Court has diversity jurisdiction of this action pursuant to 28 U.S.C. §1332, and Removing Defendants are entitled to removal of this action pursuant to U.S.C. §1441.

**WHEREFORE,** Removing Defendants Holder Transport and Webster, hereby petition for the removal of Plaintiff's action to this Court, pursuant to 28 U.S.C. §1441 and §1446.

> **RAWLE & HENDERSON LLP**
> *Attorneys for Defendants*
> *Holder Transport Inc. and*
> *Kenroy Webster*
>
> By: _____
> **FLOYD G. COTTRELL, ESQ.**
>
> 3 University Plaza, Suite 500
> Hackensack, New Jersey 07601
> Phone: (973) 643-1400, ext. 13
> Fax: (973) 643-1900
> fcottrell@rawle.com

Dated: September 21, 2022