UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
ALYSON AULET,     :
:
                        Plaintiff,     :
:          22-CV-8069 (VSB)
     -against-     :
:          **ORDER**
HOLDER TRANSPORT INC. and KENROY     :
WEBSTER,     :
:
                     Defendants.     :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On September 23, 2022, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before October 5, 2022. (Doc. 5.) The parties have not done so. Accordingly, the parties are hereby:

      ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than October 21, 2022. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   October 17, 2022
              New York, New York

                                                Vernon S. Broderick
                                                United States District Judge