```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALYSON AULET,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :        22-CV-8069 (VSB)
             -against-                                      :
                                                            :            ORDER
HOLDER TRANSPORT INC. and KENROY                            :
WEBSTER,                                                    :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 12, 2022, (*see* Doc. 1), and the case was removed from state court on September 21, 2022, (Doc. 1).  Defendants filed a joint answer to the complaint on September 21, 2022.  (Doc. 2.)  On September 23, 2022, I directed the parties to submit a joint letter and proposed case management plan by October 5, 2022.  (Doc. 5.)  The parties failed to submit the required joint letter and proposed case management plan, so I ordered the parties to file the required letter and case management plan by October 21, 2022.  (Doc. 6.)  I warned, "[i]f the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  To date, the parties have not complied with my Orders.  (*See* Docs. 5, 6.)

      Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: October 31, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge